UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARSHA PAYTON aka Leona,

    Plaintiff,

v.                                      CASE NO. 3:19-cv-605-J-34MCR

JOHN KELLY, Secretary DHS,
CBP Component,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**[1]

On May 24, 2019, this Court entered an Order directing Plaintiff to either submit the $400.00 filing fee or complete and file a long-form affidavit of indigency no later than June 17, 2019.  (Doc. 2.)  The Order provided that "[f]ailure to do so may result in a recommendation that this action be dismissed without further notice."  (*Id.*)  On June 3, 2019, Plaintiff filed a Notice, stating that she is "declining to fill out the []Application to [P]roceed in District Court Without Prepaying Fees or [C]osts (long form) for the Middle District – Jacksonville Division" and that she is "declin[ing] the Docketing of 3:19-cv-605-MMH-MCR,

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation,] a party may serve and file specific written objections to the proposed findings and recommendations."  Fed.R.Civ.P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy."  *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made.  *See* Fed.R.Civ.P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; M.D. Fla. R. 6.02.

Payton v. Kelly." (Doc. 4 at 1.) In light of Plaintiff's Notice and her failure to pay the filing fee as of the date of this Report and Recommendation, the undersigned recommends that this action be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED** that this action be **DISMISSED without prejudice**.

**DONE AND ENTERED** at Jacksonville, Florida, on June 28, 2019.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Hon. Marcia Morales Howard
United States District Judge

*Pro Se* Plaintiff